**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____ Chapter __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **WOG, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  White Oak Group** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-8623068** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**23 S. Harrison Street**
**Easton, MD 21601**
Number, Street, City, State & ZIP Code

**Talbot**
County

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **WOG, LLC**
_____    Case number (*if known*) _____
         Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ | |
| District | _____ | When | _____ | Case number | _____ | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **WOG, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

   Contact name _____

   Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | WOG, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  2, 2019**
                MM / DD / YYYY

**X /s/ Daryl D. Dixon**                                **Daryl D. Dixon**
Signature of authorized representative of debtor        Printed name

Title    **CEO**

**18. Signature of attorney**

**X /s/ Constance M. Hare #**                           Date    **July  2, 2019**
Signature of attorney for debtor                                MM / DD / YYYY

**Constance M. Hare # 22512**
Printed name

**Coon & Cole, LLC**
Firm name

**305 W. Chesapeake Avenue**
**Suite 510**
**Towson, MD 21204**
Number, Street, City, State & ZIP Code

Contact phone    **410-244-8800**        Email address    **cmh@cooncolelaw.com**

**# 22512 MD**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **WOG, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)     _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  2, 2019**      X **/s/ Daryl D. Dixon**
                                               Signature of individual signing on behalf of debtor

                                               **Daryl D. Dixon**
                                               Printed name

                                                 **CEO**
                                               Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **WOG, LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................................... $ 301,175.47

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................................... $ 301,175.47

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ 52,528.20

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ 106,615.71

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ 1,709,737.13

4. **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b

   $ 1,868,881.04

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **WOG, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:          Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.       **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Shore United Bank** | **Checking** | **7901** | **$1,191.10** |
| 3.2. | **Shore United Bank** | **Payroll** | **7902** | **$0.00** |
| 3.3. | **Peoples Bank** | **Checking** | **1251** | **$4,200.00** |

4.       **Other cash equivalents** *(Identify all)*

5.       **Total of Part 1.**
         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$5,391.10**

### Part 2:          Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.       **Deposits, including security deposits and utility deposits**
         Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Identification International, 3120 Commerce Street, Blacksburg, VA 24060 (creditor has indicated that this was a prepay and that no refund would be made)** | **$102.09** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **WOG, LLC**
         Name                                                    Case number *(If known)* _____

---

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                                        | $102.09 |
        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

        11a. 90 days old or less:          546,489.12      -        310,205.79    = ....          $236,283.33
                                         face amount              doubtful or uncollectible accounts

        11b. Over 90 days old:                  0.00      -              0.00     =....              **Unknown**
                                         face amount              doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                       | $236,283.33 |
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** | | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    **WOG, LLC**                                             Case number *(If known)* _____
_____
Name

**Miscellaneous cable, connectors, consumables, end-of-life equipment, etc. used for warranty work or supplemental goods from large scale projects (Value based on debtor's best estimate of sale of entire lot)**                    **$0.00**                              **$20,000.00**

| | | |
|---|---|---|
| 23. | **Total of Part 5.** | **$20,000.00** |
| | Add lines 19 through 22.  Copy the total to line 84. | |

24.    **Is any of the property listed in Part 5 perishable?**
  ■ No
  ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
  ■ No
  ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ■ No.  Go to Part 7.
  ☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ☐ No.  Go to Part 8.
  ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** Detailed list of furniture, fixtures and equipment prepared by debtor and provided to trustee | **$0.00** | Comparable sale | **$11,369.89** |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** Detailed list of office equipment, computer and communications systems equipment and software prepared by the debtor and provided to trustee | **$0.00** | Comparable sale | **$16,029.06** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **WOG, LLC**                                                      Case number *(If known)* _____
          Name

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                    $27,398.95
      Add lines 39 through 42. Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

      ☐ No. Go to Part 9.
      ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2012 Ford F150 truck titled in the name of the debtor and Douglas W. Keeton (per appraisal of Hertrich Ford dated 6/26/19)** | $0.00 | N/A | $12,000.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**

51.   **Total of Part 8.**                                                                    $12,000.00
      Add lines 47 through 50. Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

      ■ No. Go to Part 10.
      ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor    **WOG, LLC**
_____    Case number *(If known)* _____
Name

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>**www.whiteoak-group.com (hosted by GoDaddy)** | $0.00 | | $0.00 |

| 62. | **Licenses, franchises, and royalties** |
|---|---|
| 63. | **Customer lists, mailing lists, or other compilations** |
| 64. | **Other intangibles, or intellectual property** |
| 65. | **Goodwill** |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities**<br>**Federal Insurance Company liability, property policy (including impairment of computer services, business income) ending 65-34 EUC** | $0.00 |

Debtor    **WOG, LLC**
Name

Case number *(If known)*

| | |
|---|---|
| **Great Northern Insurance Company commercial auto policy ending 15-47** | $0.00 |
| **Federal Insurance Company workers compensation policy ending 81-07** | $0.00 |
| **Federal Insurance Company excess and umbrella insurance policy ending 05-65** | $0.00 |
| **Mass Mutual term policy ending 3668 on the life of Douglas Keeton** | $0.00 |
| **Mass Mutual term policy ending 3052 on the life of Daryl Dixon** | $0.00 |
| **Mass Mutual term policy ending 0239 on the life of Daryl Dixon** | $0.00 |

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

$0.00

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **WOG, LLC**
　　　　　Name

Case number *(If known)*

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,391.10 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $102.09 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $236,283.33 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $20,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $27,398.95 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $12,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $301,175.47 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $301,175.47 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **WOG, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim<br><br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

**2.1** **Express Capital Funding, Inc.**

Creditor's Name

**130 S. Chaparral Court, #245**
**Anaheim, CA 92808**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**12/13/18**

Last 4 digits of account number
**1346**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Blanket lien on assets of company**

**Describe the lien**
**UCC security interest filing filed 5/9/19**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$52,528.20**    Column B: **$0.00**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$52,528.20**

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **WOG, LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,846.46 | $13,650.00 |
| | **Daryl Dixon** **37 Londonderry Road** **Easton, MD 21601** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **2019 wages owed** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,384.60 | $8,384.60 |
| | **Edward Cunningham** **430 Windsor Way** **Magnolia, DE 19962** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **2019 wages owed** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    24530    Best Case Bankruptcy

| Debtor | **WOG, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,461.63** | **$6,461.63** |
| | **Geoffrey Oxnam** | ☐ Contingent | | |
| | **7076 Edmond Avenue** | ☐ Unliquidated | | |
| | **Easton, MD 21601** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **2019 wages owed** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,153.84** | **$11,153.84** |
| | **Jeremiah Shuler** | ☐ Contingent | | |
| | **231 Heartleaf Lane** | ☐ Unliquidated | | |
| | **Magnolia, DE 19962** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **2019 wages owed** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,076.90** | **$13,650.00** |
| | **Matthew Coviello** | ☐ Contingent | | |
| | **9275 SW 162nd Court** | ☐ Unliquidated | | |
| | **Miami, FL 33196** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **2019 wages owed** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** | **$13,650.00** |
| | **Timothy Teasdale** | ☐ Contingent | | |
| | **9200 Prestmoor Place** | ☐ Unliquidated | | |
| | **Brentwood, TN 37027** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **2019 wages owed** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

Debtor  **WOG, LLC**                                            Case number (if known) _____
        Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,538.44 | $10,538.44 |
|---|---|---|---|---|

**Tina Kemp**
**29382 Golton Drive**
**Easton, MD 21601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**2019 wages owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,153.84 | $6,153.84 |
|---|---|---|---|---|

**Vanessa Dixon**
**37 Londonderry Drive**
**Easton, MD 21601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**2019 wages owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.   List** in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|   | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,000.00 |
|---|---|---|---|

**23SH, LLC**
**23 S. Harrison Street**
**Easton, MD 21601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **May and June rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,468.63 |
|---|---|---|---|

**Accu-Tech Federal**
**11350 Old Roswell Road, #100**
**Alpharetta, GA 30009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,474.15 |
|---|---|---|---|

**AFL Hyperscale**
**PO Box 812**
**Kent, WA 98035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **WOG, LLC**                                                    Case number (if known) _____
          Name

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,309.44 |
|---|---|---|---|

**AFL Hyperscale**
**PO Box 812**
**Kent, WA 98035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.00 |
|---|---|---|---|

**All-Shred Inc.**
**4831 Winchester Blvd.**
**Frederick, MD 21703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,151.25 |
|---|---|---|---|

**Alliant Group**
**3009 Post Oak Blvd., #2000**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,500.00 |
|---|---|---|---|

**American Microgrid-C**
**7076 Edmond Avenue**
**Easton, MD 21601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,080.66 |
|---|---|---|---|

**American Microgrid-V**
**7076 Edmond Avenue**
**Easton, MD 21601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,874.00 |
|---|---|---|---|

**Broadview Interactive**
**28742 Springfield Drive**
**Easton, MD 21601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206,000.00 |
|---|---|---|---|

**Carlos Pena**
**755 Lari Dawn**
**San Antonio, TX 78258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **WOG, LLC**                        Case number *(if known)* _____
_Name_

| | | |
|---|---|---|
| **3.11** | **Nonpriority creditor's name and mailing address**<br>**Damiano Global Corporation**<br>**333 Birch Hills Drive**<br>**Rochester, NY 14622**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,935.00** |
| **3.12** | **Nonpriority creditor's name and mailing address**<br>**Daryl Dixon**<br>**37 Londonderry Road**<br>**Easton, MD 21601**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Expense reimbursements owed__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$754.81** |
| **3.13** | **Nonpriority creditor's name and mailing address**<br>**Daryl Dixon**<br>**37 Londonderry Road**<br>**Easton, MD 21601**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __2015-2018 wages owed__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$96,913.10** |
| **3.14** | **Nonpriority creditor's name and mailing address**<br>**David Fricke**<br>**10511 Denane Road**<br>**Silver Spring, MD 20903**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$20,000.00** |
| **3.15** | **Nonpriority creditor's name and mailing address**<br>**Douglas Keeton**<br>**7178 Travelers Rest Circle**<br>**Easton, MD 21601**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __2015-2018 wages owed__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$178,461.36** |
| **3.16** | **Nonpriority creditor's name and mailing address**<br>**Douglas Keeton**<br>**7178 Travelers Rest Circle**<br>**Easton, MD 21601**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Expense reimbursements owed__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,539.85** |
| **3.17** | **Nonpriority creditor's name and mailing address**<br>**Douglas Keeton**<br>**7178 Travelers Rest Circle**<br>**Easton, MD 21601**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$240,415.90** |

| Debtor | **WOG, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,218.00** |
|---|---|---|---|
| | **Eastern Shore Entrepreneurship Center**<br>**8737 Brooks Drive, #101**<br>**Easton, MD 21601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,944.12** |
|---|---|---|---|
| | **Eastern Shore Entrepreneurship Center**<br>**8737 Brooks Drive, #101**<br>**Easton, MD 21601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$66,495.20** |
|---|---|---|---|
| | **Eco Electric**<br>**4005 Penn Belt Place**<br>**District Heights, MD 20747** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,462.00** |
|---|---|---|---|
| | **Edward Cunningham**<br>**430 Windsor Way**<br>**Magnolia, DE 19962** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Expense reimbursements owed** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,133.52** |
|---|---|---|---|
| | **Edward Cunningham**<br>**430 Windsor Way**<br>**Magnolia, DE 19962** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vacation owed** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,237.00** |
|---|---|---|---|
| | **Hankins and Anderson**<br>**4880 Sadler Road, #300**<br>**Glen Allen, VA 23060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,329.75** |
|---|---|---|---|
| | **Illinois Department of Revenue**<br>**PO Box 19043**<br>**Springfield, IL 62794** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

| Debtor | **WOG, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,874.96** |
|---|---|---|---|

**Jeremiah Shuler**
**231 Heartleaf Lane**
**Magnolia, DE 19962**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Expense reimbursements owed__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,535.29** |
|---|---|---|---|

**Jeremiah Shuler**
**231 Heartleaf Lane**
**Magnolia, DE 19962**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Vacation owed__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,369.39** |
|---|---|---|---|

**JMV**
**Carrera 15 No. 90-64**
**Bogata, Columbia 111041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,890.56** |
|---|---|---|---|

**JMV**
**Carrera 15 No. 90-64**
**Bogata, Columbia 111041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,225.80** |
|---|---|---|---|

**JPJ 807 Co., LLC**
**PO Box 127**
**Mardela Springs, MD 21837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Juan Osorio**
**CRA 98 Bis A#69-43**
**Bogata, Columbia 111041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,458.00** |
|---|---|---|---|

**Lowe Tillson**
**2403 Research Blvd., #350**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **WOG, LLC**                                         Case number (if known) _____
       Name

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**Mary Keeton**
**1830 37th Avenue**
**Vero Beach, FL 32960**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,000.00 |
|---|---|---|---|

**Mary Keeton**
**1830 37th Avenue**
**Vero Beach, FL 32960**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,145.38 |
|---|---|---|---|

**Matthew Coviello**
**9275 SW 162nd Court**
**Miami, FL 33196**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Expense reimbursements owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,258.77 |
|---|---|---|---|

**Matthew Coviello**
**9275 SW 162nd Court**
**Miami, FL 33196**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Expense reimbursements owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,982.21 |
|---|---|---|---|

**Matthew Coviello**
**9275 SW 162nd Court**
**Miami, FL 33196**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vacation owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,076.84 |
|---|---|---|---|

**Matthew Coviello**
**9275 SW 162nd Court**
**Miami, FL 33196**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **2015-2018 wages owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,623.68 |
|---|---|---|---|

**MDSW**
**100 N. Washington Street**
**Easton, MD 21601**

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **WOG, LLC**                                                Case number (if known) _____
_____
         Name

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,325.68 |
|---|---|---|---|

**NY Dept. of Taxation and Finance**
**WA Harriman Campus**
**Albany, NY 12227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,524.74 |
|---|---|---|---|

**Orion Management (Mont)**
**8003 Forbes Place, #300**
**Springfield, VA 22151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,443.87 |
|---|---|---|---|

**Orion Management (Mont)**
**8003 Forbes Place, #300**
**Springfield, VA 22151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,658.00 |
|---|---|---|---|

**Patuxent Accounting**
**PO Box 283**
**Owings, MD 20736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,417.94 |
|---|---|---|---|

**RD2CS**
**1200 Highway 74 S., Suite 6-229**
**Peachtree City, GA 30269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,132.46 |
|---|---|---|---|

**RD2CS**
**1200 Highway 74 S., Suite 6-229**
**Peachtree City, GA 30269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,719.12 |
|---|---|---|---|

**RiverCity**
**11734 Nacogdoches Road**
**San Antonio, TX 78217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor **WOG, LLC** _____   Case number *(if known)* _____
Name

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,668.91** |
|---|---|---|---|

**Severn Integrated Systems**
**1692 Saefern Way**
**Annapolis, MD 21401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$908.46** |
|---|---|---|---|

**Stampede**
**55 Woodbridge Drive**
**Buffalo, NY 14228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,037.56** |
|---|---|---|---|

**State of Tennessee**
**500 Deadrick Street**
**Nashville, TN 37242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$276.90** |
|---|---|---|---|

**Sun Life Financial**
**26097 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$259.70** |
|---|---|---|---|

**Tidewater Cleaning Service**
**9189 Rockcliff Drive**
**Easton, MD 21601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,012.50** |
|---|---|---|---|

**Timothy Teasdale**
**9200 Prestmoor Place**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vacation owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Timothy Teasdale**
**9200 Prestmoor Place**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **2017-2018 wages owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **WOG, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Tina Kemp**<br>**29382 Golton Drive**<br>**Easton, MD 21601** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,595.96 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Credit card reimbursements owed**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Tina Kemp**<br>**29382 Golton Drive**<br>**Easton, MD 21601** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,814.27 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Credit card reimbursements owed**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address**<br>**Tina Kemp**<br>**29382 Golton Drive**<br>**Easton, MD 21601** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $730.56 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Expense reimbursements owed**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Tina Kemp**<br>**29382 Golton Drive**<br>**Easton, MD 21601** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,084.32 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vacation owed**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Tina Kemp**<br>**29382 Golton Drive**<br>**Easton, MD 21601** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,807.66 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **2017-2018 wages owed**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address**<br>**TMG Group, Inc.**<br>**114 Bay Street**<br>**Easton, MD 21601** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,970.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address**<br>**TRS Rentelco**<br>**PO Box 45075**<br>**San Francisco, CA 94145** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,708.66 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **WOG, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70.55** |
|---|---|---|---|

**Vanessa Dixon**
**37 Londonderry Drive**
**Easton, MD 21601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Expense reimbursements owed_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,977.23** |
|---|---|---|---|

**Vanessa Dixon**
**37 Londonderry Drive**
**Easton, MD 21601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Vacation owed_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,538.46** |
|---|---|---|---|

**Vanessa Dixon**
**37 Londonderry Drive**
**Easton, MD 21601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _2018 wages owed_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 106,615.71 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,709,737.13 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,816,352.84 |

**Fill in this information to identify the case:**

Debtor name    **WOG, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Month to month lease for 23 S. Harrison Street, the property from which the debtor operated its business** |
| State the term remaining | |
| List the contract number of any government contract | **23SH, LLC**<br>**23 S. Harrison Street**<br>**Easton, MD 21601** |

**Fill in this information to identify the case:**

Debtor name        **WOG, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | | Column 2: Creditor | |
|---|---|---|---|---|
| Name | Mailing Address | | Name | Check all schedules that apply: |
| 2.1  **Daryl Dixon** | **37 Londonderry Road** **Easton, MD 21601** | | **Express Capital Funding, Inc.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2  **Douglas Keeton** | **7178 Travelers Rest Circle** **Easton, MD 21601** | | **Express Capital Funding, Inc.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **WOG, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.    **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other    _____ | **$899,285.00** |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other    _____ | **$1,357,437.00** |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other    _____ | **$1,722,425.00** |

2.    **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.    **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **WOG, LLC**                                                                Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.  **23SH, LLC**<br>**23 S. Harrison Street**<br>**Easton, MD 21601** | 3/21/19;<br>4/5/19<br>($8,000 each) | $16,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent of $8,000 per month** |
| 3.2.  **American Microgrid-V**<br>**7076 Edmond Avenue**<br>**Easton, MD 21601** | 4/5/19 -<br>$10,000;<br>5/3/19 -<br>$2,000 | $12,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  **Express Capital**<br>**130 S. Chaparral Court, #245**<br>**Anaheim, CA 92808** | 3/22/19 -<br>$3,747.00 &<br>999.20;<br>3/28/19 -<br>$745.00;<br>4/3/19,<br>4/9/19,<br>4/16/19,<br>4/23/19,<br>5/1/19 and<br>5/7/19 -<br>$4,996.00<br>each | $35,467.20 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.  **Chubb Group of Insurance Companies**<br>**202B Hall's Mill Road**<br>**Whitehouse Station, NJ 08889** | 3/21/19 -<br>$784.62;<br>3/21/19 -<br>$5,506.62;<br>5/3/19 -<br>$519.25 | $6,810.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Insurance** |
| 3.5.  **David Fricke**<br>**10511 Denane Road**<br>**Silver Spring, MD 20903** | 3/21/19 -<br>$6,600.00;<br>4/5/19 -<br>$5,000.00 | $11,600.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6.  **JMV**<br>**Carrera 15 No. 90-64**<br>**Bogata, Columbia 111041** | 4/5/19 | $21,946.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7.  **Orion Management (Mont)**<br>**8003 Forbes Place, #300**<br>**Springfield, VA 22151** | 4/5/19 | $11,610.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   **WOG, LLC**

Case number *(if known)*

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Daryl Dixon**<br>**37 Londonderry Road**<br>**Easton, MD 21601**<br>**Member** | **9/26/18 -**<br>**$400.00;**<br>**11/31/18 -**<br>**$1,000.00;**<br>**3/13/19 -**<br>**$1,013.70;**<br>**5/3/19 -**<br>**$4,000.00** | **$6,413.70** | **Reimbursements of expenses** |
| 4.2. **Douglas Keeton**<br>**7178 Travelers Rest Circle**<br>**Easton, MD 21601**<br>**Member** | **7/10/18 -**<br>**$5,000.00;**<br>**7/10/18 -**<br>**$1,153.84;**<br>**7/24/18 -**<br>**$260.84;**<br>**7/25/18 -**<br>**$5,000.00;**<br>**8/2/18 -**<br>**$446.75;**<br>**8/27/18 -**<br>**$170.00;**<br>**10/4/18 -**<br>**$92.16;**<br>**10/15/18 -**<br>**$92.16;**<br>**10/16/18 -**<br>**$390.00** | **$12,605.39** | **Loan repayments** |
| 4.3. **Douglas Keeton**<br>**7178 Travelers Rest Circle**<br>**Easton, MD 21601**<br>**Member** | **04/19** | **$4,500.00** | **Douglas Keeton sold company's Kubota, valued at approximately $8,500 - $9,000 (per e-bay sales) for $4,500 to a third party and retained the proceeds of the sale** |
| 4.4. **Douglas Keeton**<br>**7178 Travelers Rest Circle**<br>**Easton, MD 21601**<br>**Member** | **8/28/18** | **$896.00** | **Expense reimbursement** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor    **WOG, LLC**                                                Case number *(if known)*

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Shore United Bank**<br>**PO Box 949**<br>**Easton, MD 21601** | **Creditor offset certificate of deposit held by it and checking account**<br>Last 4 digits of account number: _____ | **$177,800.01 from the certificate of deposit on 5/31 /19 and $24,021.17 from the debtor's checking account on 6/13/19.** | **$201,821.18** |

---

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.    Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Waterfowl Festival**<br>**40 S. Harrison Street**<br>**Easton, MD 21601** | **Donation** | **6/21/17** | **$2,500.00** |
| | Recipients relationship to debtor<br>**None** | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

Debtor    **WOG, LLC**                                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Computer equipment intentionally destroyed by the debtor prior to the filing, in compliance with federal government protocal for euipqment holding highly classfied information** | **None - requirement of government contract** | **6/2019** | **Unknown** |

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Coon & Cole, LLC**<br>**305 W. Chesapeake Avenue**<br>**Suite 510**<br>**Towson, MD 21204** | | **5/9/19** | **$15,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Unknown** | **Douglas Keeton sold the 2012 Kubota to a third party for $4,500.00** | **04/19** | **$4,500.00** |
| | Relationship to debtor<br>**None** | | | |

---

Debtor    **WOG, LLC**                                             Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.2<br>. | **Daryl Dixon**<br>**37 Londonderry Road**<br>**Easton, MD 21601** | 4 servers, 2 backups, switch, firewall, 3<br>desk phones, Savin copier, MacBook Pro,<br>4 iphones (took over leases), iPad Pro<br>mini, iPad Pro, Mac monitor, conference<br>table and 10 chairs, 2 black Ikea desks, 1<br>born Ikea desk, 2 chairs, 2013 Porsche<br>Cayenne, Bose sound dock speaker, 2<br>power backups, 3 drawer filing cabinet, 3<br>door lateral filing cabinet, iPhone xr (took<br>over lease) | 6/6/19 | $21,665.06 |
| | Relationship to debtor<br>**Member** | | | |
| 13.3<br>. | **Centerville Community**<br>**Church** | **Savin C3002 copier** | 6/6/19 | $701.29 |
| | Relationship to debtor<br>**None** | | | |
| 13.4<br>. | **Vanessa Dixon**<br>**37 Londonderry Drive**<br>**Easton, MD 21601** | **Applie Macbook and Apple monitor,**<br>**Macbook Pro, iPhone x (took over lease),**<br>**Bose sound dock, Mac mouse and**<br>**keyboard, iPad** | 5/13/19 | $189.93 |
| | Relationship to debtor | | | |
| 13.5<br>. | **Tina Kemp**<br>**29382 Golton Drive**<br>**Easton, MD 21601** | **Ikea desk, iMac 2010, iPad 9.7" 2018, took**<br>**over 2 iPhone leases** | 5/29/19 | $215.00 |
| | Relationship to debtor | | | |
| 13.6<br>. | **Matthew Coviello**<br>**9275 SW 162nd Court**<br>**Miami, FL 33196** | **Macbook Pro, ipad** | | $151.00 |
| | Relationship to debtor | | | |
| 13.7<br>. | **Geoffrey Oxnam**<br>**7076 Edmond Avenue**<br>**Easton, MD 21601** | **Mac monitor** | | $19.99 |
| | Relationship to debtor | | | |
| 13.8<br>. | **Timothy Teasdale**<br>**9200 Prestmoor Place**<br>**Brentwood, TN 37027** | **iPhone 7 Plus (took over lease)** | | $0.00 |
| | Relationship to debtor | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **WOG, LLC**                                                   Case number *(if known)*

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.9. | David Fricke<br>10511 Denane Road<br>Silver Spring, MD 20903 | HP Deskjet 9800 | | $100.00 |
| | Relationship to debtor | | | |
| 13.10. | Coon & Cole, LLC<br>305 W. Chesapeake Avenue<br>Suite 510<br>Towson, MD 21204 | 2 tvs, Macbook Pro (2012), 2 Epson printers, 2 Dell monitors, Shredder, Webcam,, Asus computer, HP monitor, Ikea storage cabinet, 2 Ikea 2-drawer filing cabinets, conference table & 5 chairs, 3 Ikea desks, 2 side chairs, Krug desk, credenza and storage, 2 conference chairs, 4 Ikea magnetic boards, Ikea end table, Ikea filing cabinet, Ikea filing cabinet, Polycomm 5000 | 6/15/19 | $3,986.47 |
| | Relationship to debtor | | | |
| 13.11. | David Fricke<br>10511 Denane Road<br>Silver Spring, MD 20903 | Desk, cabinet | 6/10/19 | $173.85 |
| | Relationship to debtor | | | |

## Part 7: Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

Debtor    **WOG, LLC**                                        Case number *(if known)*

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or
profit-sharing plan made available by the debtor as an employee benefit?

☐   No. Go to Part 10.

■   Yes. Does the debtor serve as plan administrator?

■   No Go to Part 10.
☐   Yes. Fill in below:

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,
moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,
cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this
case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Shore United Bank**<br>**Dover Street**<br>**Easton, MD 21601** | **Daryl Dixon is the only person with access** | **WOG, LLC corporate documents** | ☐ No<br>■ Yes |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in
which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **JPJ Co., Inc.**<br>**807 Woods Road**<br>**Cambridge, MD 21613** | **Daryl Dixon and Tina Kemp are the only employees with access to the unit** | **Miscellaneous cabling and IT and warranty work items** | ☐ No<br>■ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do
not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

Debtor    **WOG, LLC** _____    Case number *(if known)* _____

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■  None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐  None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **TMG Group, Inc.**<br>**114 Bay Street**<br>**Easton, MD 21601** | **CPA from 12/18 to present** |
| 26a.2. | **Patuxent Accounting**<br>**PO Box 283**<br>**Owings, MD 20736** | **CPA from 1/18 to 12/18** |
| 26a.3. | **Geoffrey Oxnam**<br>**7076 Edmond Avenue**<br>**Easton, MD 21601** | **Chief Financial Officer from 10/18 to 05/19** |

Debtor    **WOG, LLC**                                                      Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.4. **Douglas Keeton** 7178 Travelers Rest Circle Easton, MD 21601 | **Chief Financial Officer from 2008 to 10/18** |
| 26a.5. **Tina Kemp** 29382 Golton Drive Easton, MD 21601 | **Bookkeeper from 2008 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Daryl Dixon** | **37 Londonderry Road Easton, MD 21601** | **Chief Executive Officer** | **64%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Douglas Keeton** | **7178 Travelers Rest Circle Easton, MD 21601** | **Chief Financial Officer** | **34%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **WOG, LLC**

Case number *(if known)*

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Daryl Dixon**<br>**37 Londonderry Road**<br>**Easton, MD 21601** | **$86000.92** | **various dates from 11/16/18 through 5/29/18** | **Wages** |
| | **Relationship to debtor**<br>**CEO, Member** | | | |
| 30.2. | **Douglas Keeton**<br>**7178 Travelers Rest Circle**<br>**Easton, MD 21601** | **$12,307.68** | **6/29/18 and 8/14/18** | |
| | **Relationship to debtor**<br>**CFO, Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July  2, 2019

/s/ Daryl D. Dixon                                    Daryl D. Dixon
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
### District of Maryland

In re   **WOG, LLC** _____   Case No. _____
Debtor(s)   Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July  2, 2019** _____     **/s/ Daryl D. Dixon** _____

                                                                     **Daryl D. Dixon**/CEO
                                                                     Signer/Title

23SH, LLC
23 S. Harrison Street
Easton, MD 21601


Accu-Tech Federal
11350 Old Roswell Road, #100
Alpharetta, GA 30009


AFL Hyperscale
PO Box 812
Kent, WA 98035


All-Shred Inc.
4831 Winchester Blvd.
Frederick, MD 21703


Alliant Group
3009 Post Oak Blvd., #2000
Houston, TX 77056


American Microgrid-C
7076 Edmond Avenue
Easton, MD 21601


American Microgrid-V
7076 Edmond Avenue
Easton, MD 21601


Broadview Interactive
28742 Springfield Drive
Easton, MD 21601


Carlos Pena
755 Lari Dawn
San Antonio, TX 78258

Damiano Global Corporation
333 Birch Hills Drive
Rochester, NY 14622


Daryl Dixon
37 Londonderry Road
Easton, MD 21601


David Fricke
10511 Denane Road
Silver Spring, MD 20903


Douglas Keeton
7178 Travelers Rest Circle
Easton, MD 21601


Eastern Shore Entrepreneurship Center
8737 Brooks Drive, #101
Easton, MD 21601


Eco Electric
4005 Penn Belt Place
District Heights, MD 20747


Edward Cunningham
430 Windsor Way
Magnolia, DE 19962


Express Capital Funding, Inc.
130 S. Chaparral Court, #245
Anaheim, CA 92808


Geoffrey Oxnam
7076 Edmond Avenue
Easton, MD 21601

Hankins and Anderson
4880 Sadler Road, #300
Glen Allen, VA 23060


Illinois Department of Revenue
PO Box 19043
Springfield, IL 62794


Jeremiah Shuler
231 Heartleaf Lane
Magnolia, DE 19962


JMV
Carrera 15 No. 90-64
Bogata, Columbia 111041


JPJ 807 Co., LLC
PO Box 127
Mardela Springs, MD 21837


Juan Osorio
CRA 98 Bis A#69-43
Bogata, Columbia 111041


Lowe Tillson
2403 Research Blvd., #350
Rockville, MD 20850


Mary Keeton
1830 37th Avenue
Vero Beach, FL 32960


Matthew Coviello
9275 SW 162nd Court
Miami, FL 33196

```
MDSW
100 N. Washington Street
Easton, MD 21601


NY Dept. of Taxation and Finance
WA Harriman Campus
Albany, NY 12227


Orion Management (Mont)
8003 Forbes Place, #300
Springfield, VA 22151


Patuxent Accounting
PO Box 283
Owings, MD 20736


RD2CS
1200 Highway 74 S., Suite 6-229
Peachtree City, GA 30269


RiverCity
11734 Nacogdoches Road
San Antonio, TX 78217


Severn Integrated Systems
1692 Saefern Way
Annapolis, MD 21401


Stampede
55 Woodbridge Drive
Buffalo, NY 14228


State of Tennessee
500 Deadrick Street
Nashville, TN 37242
```

Sun Life Financial
26097 Network Place
Chicago, IL 60673


Tidewater Cleaning Service
9189 Rockcliff Drive
Easton, MD 21601


Timothy Teasdale
9200 Prestmoor Place
Brentwood, TN 37027


Tina Kemp
29382 Golton Drive
Easton, MD 21601


TMG Group, Inc.
114 Bay Street
Easton, MD 21601


TRS Rentelco
PO Box 45075
San Francisco, CA 94145


Vanessa Dixon
37 Londonderry Drive
Easton, MD 21601

# United States Bankruptcy Court
### District of Maryland

In re   **WOG, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **WOG, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July  2, 2019**

Date

**/s/ Constance M. Hare #**

**Constance M. Hare # 22512**

Signature of Attorney or Litigant

Counsel for   **WOG, LLC**

**Coon & Cole, LLC**

**305 W. Chesapeake Avenue**
**Suite 510**
**Towson, MD 21204**
**410-244-8800 Fax:410-825-5941**
**cmh@cooncolelaw.com**